JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEPHEN JAMES LATTIN, | Case No. EDCV 19-256 JGB (KKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS Defendant's motion for summary judgment. Plaintiff's claims are DISMISSED WITH PREJUDICE. The Clerk is directed to close the case.

Judgment is entered in favor of Defendants.

Dated: June 19, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge