UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEPHEN JAMES LATTIN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, and DOES 1-100 and ROE Corporations I-X inclusive, <br><br> Defendants. | Case No. 5:19-cv-00256-JGB-KKx <br><br> AMENDED JUDGMENT |

## AMENDED JUDGMENT

On June 19, 2020, the Court entered judgment in favor of Defendant County of San Bernardino ("Defendant"). The judgement is amended to award costs in the amount of $2,545.22 to Defendant as the prevailing party.

Dated: April 22, 2021

HONORABLE JESUS G. BERNAL
United States District Judge